DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDREW TYLER NOLL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1640

_____

January 26, 2024

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie,
Judge.

Howard L. Dimmig, II, Public Defender, and Christine Trakas Thornhill,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.